UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS EDUARDO PAZOS TOLEDANO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-027 |
| | § | |
| PAMELA JO BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

Petitioner Luis Eduardo Pazos Toledano is currently detained by Immigration and Customs Enforcement at the El Valle Detention Facility in Willacy County, Texas. Petitioner presents a petition for writ of habeas corpus and requests emergency injunctive relief including his immediate release or an order requiring that he be provided a bond hearing. (Petition, Doc. 1) The Court referred the matter to a United States Magistrate Judge for pretrial purposes. (Order, Doc. 3)

To the extent that Petitioner requests ex parte injunctive relief, the Court declines to issue such relief. The Court converts the request for injunctive relief into a motion for a preliminary injunction and establishes the briefing schedule below. *See Esparza v. Bd. of Trustees*, 182 F.3d 915 (5th Cir. 1999) (finding no error in the district court's conversion of a motion for a temporary restraining order into a request for a preliminary injunction). To facilitate the Court's consideration of the matter, it is:

**ORDERED** that the Court's Order Referring Case (Doc. 3) is **RESCINDED**;

**ORDERED** that by no later than February 20, 2026, the Respondents shall file a response to the Petitioner's request for injunctive relief;

**ORDERED** that by no later than February 27, 2026, the Petitioner may file a reply in support of injunctive relief; and

**ORDERED** that the parties shall appear via videoconference for a hearing on the motion for a preliminary injunction at 1:30 p.m. on March 4, 2026.

The Clerk of Court shall serve a copy of the Petition (Doc. 1) and this Order upon the Respondents.

Signed on February 4, 2026.

                                                                    _____
                                                                    Fernando Rodriguez, Jr.
                                                                    United States District Judge